UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LATATAURA LANNETTE COOPER,
                     Plaintiff,

-against-

ANDREW SAUL,
Commissioner of Social Security,
                     Defendant.
-----------------------------------------------------------X

18 **CIVIL** 9949 (GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated March 13, 2020, Cooper's motion for judgment on the pleadings is granted and the Commissioner's cross-motion for judgment on the pleadings is denied and the case is remanded for further proceedings.

**Dated:** New York, New York
         March 13, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                    **BY:**
                                              **Deputy Clerk**